# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EMMANUEL BROUSSARD** | * | **CIVIL ACTION NO. 23-5435** |
| | * | |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| | * | |
| **OCCIDENTAL FIRE & CASUALTY** | * | **MAG. KAREN WELLS ROBY** |
| **COMPANY OF NORTH CAROLINA** | * | |

**********************************************************************

## <u>ORDER</u>

Considering the foregoing;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Emmanuel Broussard's claims against defendant, Occidental Fire and Casualty Company of North Carolina, are **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**New Orleans, Louisiana, this 6th day of January, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**